

**Entered on Docket
January 06, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

1 KATHLEEN A. LEAVITT
~~CHAPTER 13 STANDING TRUSTEE~~
2 201 Las Vegas Blvd South Suite 200
Las Vegas, NV  89101
3 (702) 853-0700

4 UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

5 IN RE:                                              Chapter 13
MANUEL CASTILLO                         BKS-10-31299-LBR

6                                                            Hearing Date: N/A
        Debtor                                       Hearing Time: N/A

7

8 **PRO SE DEBTOR**
**Attorney for Debtor**

9          **EX-PARTE ORDER DISMISSING CHAPTER 13
            CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**
10

11   As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not

12 filed Schedules A - J, Statement of Financial Affairs and Chapter 13 Plan as required within the

    forty-five (45) day period, which expired on December 25, 2010.
13
. . .
14
. . .
15
. . .
16

17

18

19

20

1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: January 05, 2011
9 (tsw)